# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **GERALD HENRIQUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ACTION NO.  4:19-CV-528 |
| | § | JUDGE JORDAN/JUDGE JOHNSON |
| **FIRST FINANCIAL BANCORP and EXPERIAN INFORMATION SOLUTIONS, INC.,** | § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 14, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #9) that this case should be dismissed without prejudice for want of prosecution.

On May 27, 2020, Plaintiff Gerald Henriquez filed a Notice (Dkt. #10) indicating that Plaintiff "joins the Magistrate's recommendation" that Plaintiff's claims be dismissed. Having received the Report of the United States Magistrate Judge, and no objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 4th day of June, 2020.**

                                                  SEAN D. JORDAN
                                                UNITED STATES DISTRICT JUDGE